# UNITED STATES DISTRICT COURT
# FOR THE ~~NORTHERN~~ DISTRICT OF TEXAS

*Eastern District*



**FILED**

JAN 0 3 2022

Clerk, U.S. District Court
Eastern District of Texas

Sterling Conley
Plaintiff

v.

See next page
Defendant

Civil Action No. 4:22 CV 1 ALM-CAN

## COMPLAINT

1. I am submitting this claim to this court because I believe it has the jurisdiction to make a decision on it..

2. I believe this court can stop the companies from re-mastering my grandfather music without the heirs permission.

3. This court can determine all money owed the heirs of Mississippi John Hurt.

4. The companies can be made to stop infringing on the copyrights of the heirs.

5. Determine fraud commited by all listed defendants.

* Attach additional pages as needed.

Date: 12-2-21
Signature: Sterling Conley
Print Name: Sterling Conley
Address: 5301 East Mckinney St lot #348
City, State, Zip: Denton, TX. 76208
Telephone: (940) 395-1447

1. BMI
2. Rounders Records
3. Welk Music
4. Sugar Hill
5. Concord Music Group
6. Wynwood Music Co.
7. Vanguard Records Co.
8. Okeh Records
9. Windswept Pacific
10. Sony Record
11. Amazon Records
12. Country Joe and the fish
13. John Hammond
14. Chris Smither
15. Tom Paxton
16. Dave Van Ron K
17. Doc and Merie Watson
18. Anne Reed
19. John Fahey
20. Taj Mahal Bruce
21. Bob Dylan
22. Jerry Garica
23. John McCutheon
24. Phillip Ratcliffe
25. Bill morrisey estate
26. Verizon Phone Co.
27. Nokia Phone Co.
28. Virgin Mobile Phone Co.
29. At&t Phone Co.
30. Com Cast Phone Co.
31. Boost Mobile Phone Co.
32. South Bell Phone Co.
33. Cingular Edge Phone Co.
34. Metro Pcs Phone Co.
35. Nextel Phone Co.
36. South Central Bell Phone Co.
37. Horizon record Group
38. American League music Co,
39. T-Mobile Phone Co.
40. Stefan Grossman67
41. Mississippi John Hurt Music, INC.

# UNITED STATES DISTRICT COURT

for the

~~Northern~~ Eastern District of Texas

~~Dallas~~ Sherman Division

Sterling Conley

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Sterling Conley |
   | Street Address | 5391 E. McKinney #348 |
   | City and County | Denton   Denton |
   | State and Zip Code | Texas 76208 |
   | Telephone Number | 940-395-1447 |
   | E-mail Address | joecrappie@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Defendant No. 1

| | |
|---|---|
| Name | BMI |
| Job or Title *(if known)* | |
| Street Address | 10 Music square east |
| City and County | Nashville |
| State and Zip Code | TN 37203 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Rounders Records |
| Job or Title *(if known)* | |
| Street Address | One Rounderway |
| City and County | Burlinton |
| State and Zip Code | Massachusetts  01803 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Welk Music |
| Job or Title *(if known)* | |
| Street Address | 1400 West OlympicBlvd, #1450 |
| City and County | Los Angeles |
| State and Zip Code | CA 90064 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Sugar Hill |
| Job or Title *(if known)* | |
| Street Address | 5039 West Broad ST. |
| City and County | Sugar Hill |
| State and Zip Code | GA  30518 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

　　Name
　　Street Address
　　City and County
　　State and Zip Code
　　Telephone Number
　　E-mail Address

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

　　Defendant No. 5
　　　　Name Concord Music Group
　　　　Job or Title *(if known)*
　　　　Street Address 100 N. Crescent Dr.
　　　　City and County Beverley Hills
　　　　State and Zip Code CA  90210
　　　　Telephone Number
　　　　E-mail Address *(if known)*

　　Defendant No. 6
　　　　Name Wynwood Music Co.
　　　　Job or Title *(if known)*
　　　　Street Address PO Box 128096
　　　　City and County Nashville
　　　　State and Zip Code TN  37212
　　　　Telephone Number
　　　　E-mail Address *(if known)*

　　Defendant No. 7
　　　　Name Vanguard Records Co.
　　　　Job or Title *(if known)*
　　　　Street Address 2700 Pennsylvania Ave.

    City and County Santa Monica

    State and Zip Code CA 90404

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 8

    Name Okeh Records

    Job or Title *(if known)*

    Street Address 25 west 45th St.

    City and County New York City

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Page 2 of 6

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

 1. If the plaintiff is an individual

  The plaintiff, *(name)* , is a citizen of the State of *(name)* .

 2. If the plaintiff is a corporation

  The plaintiff, *(name)* , is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)*

 *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

 1. If the defendant is an individual

  The defendant, *(name)* , is a citizen of the State of *(name)* . Or is a citizen of *(foreign nation)* .

# I. The Parties to This Complaint
## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

Defendant No.9

Name Windswept Pacific

Job or Title *(if known)*

Street Address 320 Wilshire Blvd. Ste. 200

City and County Beverly Hills, LosAngeles

State and Zip Code CA 90212

Telephone Number

E-mail Address *(if known)*

Defendant No. 10

Name Sony Record

Job or Title *(if known)*

Street Address 25 Madison Ave.

City and County New York

State and Zip Code New York 10010

Telephone Number

E-mail Address *(if known)*

Defendant No. 11

Name Amazon Records