# Copyright Office of the United States
## THE LIBRARY OF CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCUMENT WAS RECORDED IN THE COPYRIGHT OFFICE ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.

| DATE OF RECORDATION |  |
|---|---|
| 30Jun99 | |

| VOLUME | PAGE |
|---|---|
| 3437 | 709 |

| VOLUME | PAGE |
|---|---|
|  |  |



OFFICIAL SEAL

*Marybeth Peters*

Register of Copyrights and Associate Librarian for Copyright Services

Certificate of Recordation
C-762 March 1999—30,000

Exhibit 1

**FEE CHANGES**
Registration filing fees are effecti[ve]
June 30, 1999. For informati[on on]
changes, write the Copyr[ight Office]
http://www.loc.gov/copyri[ght or call (202) 707-]
3000. Beginning as early as [that date,]
the Copyright Office may im[pose a surcharge for any fee]
charge when insufficient fees a[re paid.]



**DOCUMENT COVER SHEET**
For Recordation of Documents
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION: **JUN 30 1999**
(Assigned by Copyright Office)
Month  Day  Year

Volume **3437**  Page **709**

Volume _____ Page _____

**DOCUMENT SECTION**  FUNDS RECEIVED _____

Do not write above this line.

To the Register of Copyrights:

*Please record the accompanying original document or copy thereof.*

FOR OFFICE USE ONLY

**1** Name of the party or parties to the document spelled as they appear in the document (List up to the first three)
Gertrude Conley Hurt, Irene Smith, Mary C. Wright, d/b/a The "Mississippi" John Hurt Estate

**2** Date of execution and/or effective date of the accompanying document: June 28 1999

**3** Completeness of document
☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**4** Description of document
☒ Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner
☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works
☐ Other _____

**5** Title of first work as given in the document: Ain't no Tellin

**6** Total number of titles in document: 77

**7** Amount of fee calculated: $100 Ck# 2127

**8** Fee enclosed
☒ Check
☐ Money Order

☐ Fee authorized to be charged to:
Copyright Office
Deposit Account number _____
Account name _____

**9** Affirmation: I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document. (Affirmation must be signed even if you are also signing Space 10.)

Signature [signed]
Date: June 28, 1999
Phone Number: (312)922-2910
Fax Number: (312)922-1865

**10** Certification: Complete this certification in addition to the Affirmation if a photocopy of the original signed document is substituted for a document bearing the actual signature.
NOTE: This space may *not* be used for an official certification.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signature: The John S. Hurt Estate
Duly Authorized Agent of:
Date: June 28, 1999

Recordation will be mailed in window envelope to this address:

Name: Linda S. Mensch, P.C.
Number/Street/Apt: 200 S. Michigan Ave. Suite # 1240
City/State/ZIP: Chicago, IL 60604

• Complete all necessary spaces
• Sign your Cover Sheet in Space 9
1. Two copies of the Document Cover Sheet
2. Check or money order payable to Register of Copyrights
3. Document

Library of Congress
Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C.§1001.
December 1998—5,000   ♲ PRINTED ON RECYCLED PAPER   ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/80,049

Sterling Conley

-2-

|  |  |
|---|---|
| FROM: | Itene Smith, Lonnie Conley Hurt, Jesse Johnson & Dorothy Hurt Johnson (petitioners) |
| TO: | Thomas Hoskins, Bill Nowlin, Rounder Record Groups, Ulysses Conley Hurt, Sterling Conley Hurt, Mary Frances Conley Hurt, Mary Ann Conley Hurt, Rebecca Conley Hurt, Henry Lee Conley Hurt, Annie Conley Hurt, Bobbie Conley Hurt, Gertrude Conley Hurt, Annie Dora Conley, Christine Conley Hurt, Willie Ed Conley Hurt, T. C. Conley Hurt, Jr. and R. C. Conley Hurt (respondents) |
| RE: | AIN'T NO TELLIN & 76 other titles. Order to determine rightful heirs of John S. Hurt, Deceased. No. 92-8-277. |
| EXECUTED: | May 17, 1999; date of cert. May 18, 1999 |
| RECORDED: | June 30, 1999 |
| IN: | Vol. 3437, D. 709, pp. 1-6 |

Your credit card charges of $100.00 and $50.00 totaling $150.00 have been applied in payment for this search and report.

Sterling Conley

-3-

Your credit card charge of $12.00 has been applied in payment for the enclosed copies of the documents reported above.

*Anthony Bogucki*

Anthony J. Bogucki
Senior Copyright Research Specialist
Records Research & Certifications Section

Enclosures:
Remitter's credit card receipts
($100.00 credit card receipt previously mailed)
Copies of documents: Vol. 3404, D. 364
                      Vol. 3437, D. 709, pp. 1-6
Circular 12



**United States Copyright Office**
Library of Congress · 101 Independence Avenue SE · Washington, DC 20559-6000 · www.copyright.gov

June 22, 2009

Sterling Conley
5301 East McKinney Street
Lot #348
Denton, TX 76208

Our reference: 2009900233

This will confirm our telephone report of June 17, 2009.

Our search in the Copyright Office indexes that include documents cataloged from 1978 through May 29, 2009 under the names Windswept Pacific Entertainment; John William Hurt and Wynwood [Wyn Wood] Music as possible assignors and Mary F. Wright as possible assignee disclosed no recordation of any document relating to these names as stated.

The following documents are given as of possible interest.

|  |  |
|---|---|
| FROM: | John William Hurt |
| TO: | Windswept Pacific Entertainment Company doing business as Longitude Music Company |
| RE: | AIN'T NO TELLIN' & 95 other titles; musical compositions. By John S. Hurt professionally known as Mississippi John Hurt. Instrument of transfer. |
| EXECUTED: | effective November 14, 1997; November 18, 1997 |
| RECORDED: | November 25, 1997 |
| IN: | Volume 3404, D. 364 |



**United States Copyright Office**
Library of Congress · 101 Independence Avenue SE · Washington, DC 20559-6000 · www.copyright.gov

March 10, 2009

Sterling Conley Hurt
5301 E. McKinney Street
Lot 348
Denton, TX 76208

Our reference: 2009000795

Dear Mr. Hurt,

Searches of the records of the Copyright Office are provided at the statutory fee of $150.00 per hour. The search that you requested will require more than two hours to complete. If you desire a written estimate for a search, a flat estimate fee of $100.00 is required and will be applied to the balance, if you desire a search. Estimates are good for up to one year from the date of the estimate. If you prefer, an initial payment of $150.00 can be made and one hour of search service provided. Fees for any additional monies necessary for the completion of the search and report would be communicated with the patron, and if the additional records search time is desired, payment rendered at that time.

Fees received for an estimate service are NON-REFUNDABLE. Fees paid for a search service, if the service has not begun, will be charged at least one hour of search service time when a refund is requested to cover administrative and processing costs. If you have further questions concerning the Copyright Office's refund policy, please contact:

Chief
Receipt Analysis & Control Division
Copyright Office
Library of Congress
Washington, DC 20559

The following titles are to be transferred by operation of law. The attached order hereby transfers the following titles to the heirs of the estate of John S. Hurt.

The author of these titles is John S. Hurt
The owner of these titles is the John S. Hurt Estate

| Title | REGISTRATION # |
|---|---|
| 1. AIN T NO TELLIN | # PAu508793 |
| 2. ANGELS LAID HIM DOWN | # |
| 3. AVALON BLUES | # RE566307 |
| 4. BABY WHATS WRONG WITH YOU | # |
| 5. BEULAH LAND | # |
| 6. BIG LEG BLUES | # |
| 7. BLESSED BE THE NAME | # |
| 8. BLUE HARVEST BLUES | # PAu509989 |
| 9. BOYS YOU RE WELCOME | # |
| 10. CAN T BE SATISFIED | # |
| 11. CANDY MAN | # RE 566303 |
| 12. CASEY JONES | # |
| 13. CHICKEN | # |
| 14. COFFEE BLUES | # RE566300 |
| 15. COMIN HOME | # |
| 16. CORRINA | # |
| 17. COW HOOKING BLUES | # RE566308 |
| 18. COW HOOKING BLUES NUMBER 2 | # PAu521646 |
| 19. DO LORD REMEMBER ME | # |
| 20. FARTHER ALONG | # |
| 21. FIRST SHOT MISSED HIM | # PAu780744 |
| 22. FRANKIE AND ALBERT | # RE604339 |
| 23. FUNKY BUTT | # PAu780741 |
| 24. GOOD MORNING CARRIE | # PAu780739 |
| 25. GOODNIGHT IRENE | # |
| 26. GOT THE BLUES | # RE743209 |
| 27. HERE I AM OH LORD SEND ME | # |
| 28. HEY HONEY RIGHT AWAY | # RE604339 |
| 29. HOP JOINT | # RE743210 |
| 30. HOT TIME IN THE OLD TOWN TONIG | # |
| 31. I BEEN CRYIN SINCE YOU BEEN GONE | # RE760857 |
| 32. I M SATISFIED | # |
| 33. I SHALL NOT BE MOVED | # |
| 34. IF YOU DON T WANT ME BABY | # PAu782783 |
| 35. IT AIN'T NOBODY BUSINESS | # RE604343 |
| 36. JOE TURNER BLUES | # RE566305 |
| 37. KEEP ON KNOCKING | # RE743211 |

| # | Title | | Registration |
|---|---|---|---|
| 38. | LAZY BLUES | # | |
| 39. | LET THE MERMAIDS FLIRT WITH ME | # | |
| 40. | LIZA JANE (GOD'S UNCHANGING HAND) | # | RE566310 |
| 41. | LONESOME BLUES | # | PAu777992 |
| 42. | LOUIS COLLINS | # | RE566301 |
| 43. | LOVING SPOONFUL | # | |
| 44. | MAKE ME A PALLETT ON THE FLOOR | # | |
| 45. | MOANING THE BLUES | # | PAu2054145 |
| 46. | MONDAY MORNING BLUES | # | RE743212 |
| 47. | MY CREOLE BELLE | # | RE566304 |
| 48. | NEARER MY GOD TO THEE | # | |
| 49. | NOBODY CARES FOR ME | # | |
| 50. | NOW WILL THE FLOWERS BLOOM | # | |
| 51. | OH MARY DON T YOU WEEP | # | |
| 52. | PAY DAY | # | |
| 53. | PERA LEE | # | Pau780743 |
| 54. | PETE SEGER JOHN HURT INTERVIEW | # | |
| 55. | POOR BOY LONG WAYS FROM HOME | # | |
| 56. | PRAYING ON THE OLD CAMP GROUND | # | |
| 57. | RICHLANDS WOMEN BLUES | # | RE566311 |
| 58. | SALTY DOG | # | RE566309 |
| 59. | SEE SEE RIDER | # | RE566286 |
| 60. | SHORTIN BREAD | | |
| 61. | SINCE I LAID THIS BURDEN DOWN | # | |
| 62. | SLIDING DELTA | # | RE646175 |
| 63. | SPANISH FANDANGO | # | RE566302 |
| 64. | SPIDER SPIDER | # | Pau784896 |
| 65. | SPIKE DRIVER BLUES | # | RE566306 |
| 66. | STAGOLEE | # | RE604342 |
| 67. | STOCKTIME | # | RE604340 |
| 68. | STOP TIME BUCK DANCE | # | |
| 69. | TALKING CASEY | # | RE646170 |
| 70. | TENDER VIRGINS | # | |
| 71. | TROUBLE I VE HAD IT ALL MY DAY | # | RE604341 |
| 72. | WEEPING AND WAILING | # | |
| 73. | WISE AND FOOLISH VIRGINS | # | RE743213 |
| 74. | WORRIED BLUES | # | RE760856 |
| 75. | YOU ARE MY SUNSHINE | | |
| 76. | YOU CAN T COME IN | | |
| 77. | YOU GOT TO DIE | | |