# LAW OFFICES OF HARLOW & HARLOW, P.A.

VILLAGE CREEK PLAZA
1360 SUNSET DRIVE, SUITE 3
GRENADA, MISSISSIPPI 38901

A. E. (GENE) HARLOW, SR.
A. E. (RUSTY) HARLOW, JR.

(601) 226-7214
FAX (601) 226-2932

LEGAL ASSISTANTS
MYRON PROCTOR
CHARLINE ALLDREAD

*Court Order*

May 19, 1999

STERLING CONLEY HURT
5301 East McKinney Street
Lot #348
Denton, TX 76208

RE: Estate of John Hurt

Dear Sterling:

Please find the enclosed copy of the order filed on May 17, 1999 which determined the rightful heir of John Hurt.

I will be forwarding a copy of this order to all of the heirs so that everyone will be informed as to what has taken place in this matter.

If you have any questions regarding this matter, please feel free to contact my office.

Sincerely yours,

Harlow & Harlow, P. A.

A. E. (Rusty) Harlow, Jr.

AEHjr/mbg

enclosure

*Exhibit 2*

IN THE CHANCERY COURT OF GRENADA COUNTY, MISSISSIPPI

| | |
|---|---|
| IRENE SMITH, LONNIE CONLEY HURT, JESSE JOHNSON AND DOROTHY HURT JOHNSON | PETITIONERS |
| VERSUS | NO. 92-8-277 |
| THOMAS HOSKINS, BILL NOWLIN & THE ROUNDER RECORD GROUPS, ULYSSES CONLEY HURT, STERLING CONLEY HURT, MARY FRANCES CONLEY HURT, MARY ANN CONLEY HURT, REBECCA CONLEY HURT, HENRY LEE CONLEY HURT, ANNIE CONLEY HURT, BOBBIE CONLEY HURT, GERTRUDE CONLEY HURT, ANNIE DORA CONLEY, HURT, CHRISTINE CONLEY HURT, WILLIE ED CONLEY HURT, T. C. CONLEY HURT, JR., AND R.C. CONLEY HURT | RESPONDENTS |

ORDER TO DETERMINE RIGHTFUL HEIRS OF
JOHN S. HURT, DECEASED

THIS DAY, THIS CAUSE came on to be heard and from the evidence and pleadings, the Court herewith enters its finding of facts and order as follows:

FINDING OF FACT

The Court has jurisdiction over the subject matter and the parties, herein. Venue is proper in this Court and if there be any issue in that respect same has been waived as there has been no objection raised in that respect, and all interested and necessary parties are lawfully before the Court.

The Petitioners are adult resident citizens of the State of Mississippi.

John S. Hurt, while having a fixed place of residence in the County of Grenada, State of Mississippi, departed this life in

FILED May 17, 1999
POWELL VANCE, Chancery Clerk
By Ivory McCain D.C.

Recorded In
Minute Book 58A
At ... No. 78

Case 4:22-cv-00001-ALM-CAN   Document 1-3   Filed 01/03/22   Page 3 of 5   PageID #: 19
Case 3:19-cv-01722-K-BN   Document 3   Filed 07/18/19   Page 5 of 50   PageID 9

V3437 D709   Page 2

Grenada County, Mississippi, on or about the November 2, 1966, having no Last Will and Testament.

Petitioner has asserted, upon information and belief, that the rightful heirs of John S. Hurt, deceased, are his wife, Gertrude Conley Hurt, the heirs of his deceased daughter, Idella Hurt Johnson, who are Dorothy Miller and Jesse Johnson; and the heirs of his deceased son, T. C. Conley Hurt, which includes Petitioners Irene Smith, Willie Ed Conley Hurt, T. C. Conley Hurt, Jr., Lonnie Conley Hurt, Ulysses Conley Hurt, Sterling Conley Hurt, Mary Frances Conley Hurt Wright, Mary Ann Conley Hurt West, Rebecca Conley Hurt, Henry Lee Conley Hurt, Annie Conley Hurt White and Bobbie Conley Hurt Lawrence.

Petitioner has asserted, upon information and belief, that no person other than those named in the last preceding paragraph has right, title, or interest in or to the property to the decedent, nor are heirs at law of the decedent.

Petitioner has asserted, upon information and belief, that decedent left his sole heirs at law only those persons specifically named hereinabove, and that only those persons are entitled to enjoy benefit of, and receive, the estate of the decedent.

IT IS THEREFORE ordered, adjudged and decreed that:

1. The rightful heirs of John S. Hurt, deceased are his wife, Gertrude Conley Hurt, the heirs of his deceased daughter, Idella Hurt Johnson, who are Dorothy Miller and Jesse Johnson; and the heirs of his deceased son, T. C. Conley Hurt, which include

Case 4:22-cv-00001-ALM-CAN Document 1-3 Filed 01/03/22 Page 4 of 5 PageID #: 20
Case 3:19-cv-01722-K-BN Document 3 Filed 07/18/19 Page 6 of 50 PageID 10

V3437 D709 Page 3

Petitioners Irene Smith, Willie Ed Conley Hurt, T. C. Conley Hurt, Jr., Lonnie Conley Hurt, Ulysses Conley Hurt, Sterling Conley Hurt, Mary Frances Conley Hurt Wright, Mary Ann Conley Hurt West, Rebecca Conley Hurt, Henry Lee Conley Hurt, Annie Conley Hurt White and Bobbie Conley Hurt Lawrence.

2. At the time John S. Hurt departed this life the above named heirs are his only true heirs-at-law.

3. Ruling upon other relief is herewith deferred pending the further orders of this Court, and this cause is hereby continued until further orders of this Court.

ORDERED, ADJUDGED, and DECREED this the 17th day of May, 1999.

_____
CHANCELLOR

**STATE OF MISSISSIPPI**
**GRENADA COUNTY**
 I do hereby certify that the foregoing is a true and correct copy of the original of said instrument, as fully and completely as the same appears on record in my office.
 Given under my hand and seal, this the 18th day of May, 19 99

Powell Vance
Chancery Clerk, Grenada County
By: Mary McCain D.C.