# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STERLING CONLEY | § |
| | § Civil Action No. 4:22-CV-1 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| BMI, ET AL. | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 7, 2023, the report of the Magistrate Judge (Dkt. #30) was entered containing proposed findings of fact and recommendations that Defendant Concord Music Group, Inc.'s Motion to Dismiss or, Alternatively Motion for More Definite Statement (Dkt. #23) be denied.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Concord Music Group, Inc.'s Motion to Dismiss or, Alternatively Motion for More Definite Statement (Dkt. #23) is **DENIED** without prejudice to refiling.

**IT IS SO ORDERED**.

SIGNED this 8th day of March, 2023.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE